UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA(

In re:                              ) Chapter 13
EDWARD RULAND                       )
                                    )
                  Debtor(s)         ) Bky. No. 11-21849 REF

APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Harry Newman, Esquire, Applicant, applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on the  12th  day of July, 2011.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

_____ above median (the amount on line 15 is not less than the amount on line 16)

\_\_\_\_X\_\_\_\_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,360 for 14.4 hours expended (and 2 hours expended by paralegal @ $125.00 per hour) on the initial consultation with client(s) and in providing before confirmation (i) the customary services of counseling and representing the chapter 13 debtor(s) in connection with the analysis of the financial situation; preparation, review and filing with the court of all required documents; correspondence, telephone conversations and miscellaneous contact with creditors, the trustee, attorneys and other parties in interest; preparation for and attendance at 341(a) meeting, and (ii) in representing the debtor(s) in connection with other items, including *[check applicable item(s)]*:

\_\_\_\_X\_\_\_\_ cure of a residential mortgage default or other treatment of residential real property claims

_____ ownership and claims relating to other real property *(specify the number of properties and describe the issues)*

_____ motor vehicle loans or leases

_____ state or federal tax claims

_____ domestic support obligations

_____ student loans

_____ an operating business

_____ 20 or more creditors listed in Schedule F

\_\_\_\_X\_\_\_\_ automatic stay litigation

_____ other litigation including...

6. *[Optional. Applicant may supplement paragraph five with a description of those matters, whether or not they are listed in paragraph 5, that took an unusual amount of time to complete or involved complex legal or factual issues.]*

7. Applicant requests that compensation be awarded at the following hourly rate(s):

    $300.00       hourly rate for Harry Newman, Esquire

    $125.00       hourly rate for Paralegal

    13.7       hours expended by Attorney and __2__ hours expended by Paralegal.

8. Applicant requests reimbursement of expenses in the amount of $125.00 for the following expenses, including *(Description of Services)* Bringdown on Lien Search

9. The debtor paid Applicant $1,400.00 prior to the filing of the petition.

10. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

11. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

12. Attached as Exhibit "B" is a copy of Applicant's time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor.

WHEREFORE, Applicant requests an award of $2,960.00 in compensation and $125.00 in reimbursement of actual, necessary expenses for a total of $3085.00

Dated:_____, 2016        Signed:_____
                                                Applicant

Harry Newman, Esquire
210 East Broad Street,
Bethlehem, PA. 18018
Attorney ID 10160
Telephone: 610 428-1727
Fax: 610 849-0060

# EXHIBIT A

United States Bankruptcy Court
Eastern District of Pennsylvania

IN RE:     Case No. _____

Ruland, Edward     Chapter **13**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................. $ **3,300.00**

   Prior to the filing of this statement I have received ................................................................... $ **1,400.00**

   Balance Due ............................................................................................................................. $ **1,900.00**

2. The source of the compensation paid to me was: ☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]
   **As set forth in the fee agreement.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| June 21, 2011 | /s/ Harry Newman |
|---|---|
| Date | Harry Newman 10160 |
| | Harry Newman & Associates PC |
| | 3897 Adler Pl Ste 180C |
| | Bethlehem, PA 18017 |
| | nfcesq1@ptd.net |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT B

| Date | Description |
|---|---|
| 6/7/11 | First meeting with client regarding bankruptcy, 1.3 |
| 6/13/11 | Second meeting with client to gather information, 1. |
| 6/14/11 | Bringdown on lien search, $125.00 |
| 6/16/11 | Review of Notice of Appearance re Cadlerock and call with client, .2 |
| 6/21/11 | Telephone call with Attorney Berakas, .3 |
| 6/21/11 | Review and execution of Schedules and Statements of Affairs and Plan with client, .3, Paralegal time in preparation of documents, 2. Adding Attorney Burakas on Attorney List, |
| 8/17/11 | Telephone call with Attorney Berakas, .3 |
| 9/9/11 | Review of Motion to Dismiss, filed by Trustee, and call with client, .3 |
| 9/21/11 | Preparation of Answer to Motion to Dismiss with Prejudice, .4, |
| 10/4/11 | Attendance at 341 Meeting, 1. |
| 10/4/11 | Review of Objection of Wells Fargo to Confirmation of Plan, Review of Proof of Claim of Wells Fargo, Meeting with Client, .6 |
| 10/11/11 | Preparation and filing of Answer to Objection of Wells Fargo, .4, |
| 10/19/11 | Review of Proof of Claim of Cadlerock, Objection to same, and meeting with client, .4, |
| 10/20/11 | Review of Trustee's Amended Motion to Dismiss with Prejudice, Review of Trustee's Objection to Plan, .2 |
| 11/1/11 | Review of Motion of Wells Fargo for Relief, Review of Request for Admissions and Production of Documents, .3 |
| 12/6/11 | Preparation of withdrawal of Objection to Proof of Claim of Cadlerock, .3, |
| 12/22/11 | Call with Attorney Swartz, reinstating Automatic Stay, .3 |
| 1/17/12 | Review of Objection to Proof of Claim of Wells Fargo, .3 |
| 1/27/12 | Review of Proof of Claim filed by Northampton County Revenue Division, call with client, .4 |
| 2/9/12 | Review Stipulation to Reinstate Automatic Stay, .3 |
| 2/10/12 | Review of Answer of Wells Fargo to Objection to Proof of Claim, .3 Praecipe to Withdraw Objection to County Proof of Claim, .1, |
| 2/12/12 | Telephone call with Attorney Swartz on Reinstating Automatic Stay, Meeting with client, .3 |
| 3/2/12 | Preparation of Third Amended Plan and Meeting with client to review same, .4, |
| 3/14/12 | Reviewing Amended Schedules, I and J, with client, .3, and filing, |
| 3/16/12 | Review of Praecipe to Withdraw Objection to claim by Wells Fargo, .3 |
| 8/7/12 | Two telephone calls with Cadlerock, .3 |
| 8/22/12 | Two telephone calls with Cadlerock, and emails, .4 |
| 9/17/12 | Preparation of Stipulation with Cadlerock, 1. |
| 9/28/12 | Meeting with client to review Stipulation, .4 |
| 2/23/16 | Review of Certification of No Default of payments and call with client, .4 Call with Attorney Goldman, .3 |
| 3/14/16 | Preparation of Motion to Set Aside Default Judgment, .6, |

Total Attorney Time - $300.00 per hour - 13.7 hours = $4,110.00
Total Paralegal Time - $125.00 per hour - 2 hours =    250.00
                                                     $4,360.00

            LESS DEBTOR PAYMENT OF   $1,400.00

**Total balance due for compensation and expenses  $2,960.00**