IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD RULAND,           :   CASE NO. 11-21849

         Debtor                   :   CHAPTER 13

**NOTICE OF APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR**

TO:  THE U.S. TRUSTEE AND ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1.   An Application for Compensation and reimbursement of expenses of counsel has been filed in the amount of $ 4,360.00 for services rendered as counsel for the Debtor and $ 125.00 for reimbursement of expenses, less $ 1,400.00 prepaid, leaving a balance of $ 2,960.

2.   Your Applicant has not made any previous applications for compensation.

3.   Any creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, at 400 Washington St., Ste. 300, The Madison, Reading, PA 19601, and serve a copy on counsel whose name and address appear below on or before twenty-one (21) days from the date of this Notice.

4.   Any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

5.   In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, counsel shall certify to the Court within twenty one (21) days from the date of this Notice, the absence of such filing and request approval of the fee application.

DATED:

_____
Harry Newman, Esquire
Attorney for Debtor
210 E. Broad St., Bethlehem, PA 18018