UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      EDWARD RULAND,                :        CASE NO. 11-21849
                                          :
                                          :
            Debtor                        :        CHAPTER 13

### CERTIFICATION OF NO RESPONSE

The undersigned hereby certifies that the deadline for responding to the Application for Compensation and Reimbursement of Expenses of Counsel to the Debtor, Harry Newman, Esquire, was October 19, 2016; that as of the time and date of filing this certification on October 20, 2016, no response of any kind has been received by the undersigned nor filed with the court.

Wherefore, Movant certifies the lack of objection to his application and requests that the Court enter the proposed order approving the Application for Compensation and Reimbursement of Expenses of Counsel to the Debtor.

DATED: 10/20/16

_____
Harry Newman, Esquire
Attorney for Debtor