## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWARD  RULAND,                          :          CASE NO.  11-21849

                  Debtor                    :          CHAPTER 13

### **ORDER**

AND NOW, this          day of October, 2016, upon consideration of Applicant, Harry Newman's

Application for Compensation and Reimbursement of Expenses filed September 28, 2016, and there

being no responses of any kind filed with the Court, IT IS HEREBY ORDERED that Application for

Compensation and Reimbursement of Expenses of Harry Newman, Esquire, is granted in the amount of

$2,960.00.

BY THE COURT:

_____

Bankruptcy Judge