*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward Ruland
    Debtor(s)

Case No: 11–21849–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Applications for Compensation and Reimbursement of Expenses for HARRY J. NEWMAN, Debtor's Attorney

    on: 12/1/16

    at: 11:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  11/21/16

Timothy B. McGrath
Clerk of Court

77 – 70, 72
Form 167