United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward Ruland  
     Debtor

Case No. 11-21849-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Nov 21, 2016  
                 Form ID: 167      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.  
db         +Edward Ruland,    4155 Easton Avenue,    Bethlehem, PA 18020-1484

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank Minnesota, National Association as
         Trustee for certificate holders of EMC Mortgage Loan Trust 2002-A, Mortgage Loan Pass-Through
         Certificates, Series 2002-A ecfmail@mwc-law.com,    ecfmail@mwc-law.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        HARRY J. NEWMAN    on behalf of Debtor Edward  Ruland lawyer@hjnlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank Minnesota, et al
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank Minnesota, National Association
         as Trustee for certificate holders of EMC Mortgage Loan Trust 2002-A, Mortgage Loan Pass-Through
         Certificates, Series 2002-A bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        KEVIN H. BURAKS    on behalf of Creditor    Township of Bethlehem kburaks@portnoffonline.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                       TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward Ruland
    Debtor(s)

Case No: 11−21849−ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Applications for Compensation and Reimbursement of Expenses for HARRY J. NEWMAN, Debtor's Attorney

on: 12/1/16

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date: 11/21/16

For The Court

Timothy B. McGrath
Clerk of Court

77 − 70, 72
Form 167