UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD  RULAND,                              :        CASE NO. 11-21849

           Debtor                                              :        CHAPTER 13

**ORDER**

AND NOW, this 1 day of December, 2016, upon consideration of Applicant, Harry Newman's Application for Compensation and Reimbursement of Expenses filed September 28, 2016, and there being no responses of any kind filed with the Court, IT IS HEREBY ORDERED that Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, is granted in the amount of $3300 + $250 expenses less $1400 already paid, for a total still owed of $2960.

BY THE COURT:

_____
Bankruptcy Judge