United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward Ruland  
     Debtor

Case No. 11-21849-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Dec 01, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
db         +Edward Ruland,    4155 Easton Avenue,    Bethlehem, PA 18020-1484

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:

        ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank Minnesota, National Association as Trustee for certificate holders of EMC Mortgage Loan Trust 2002-A, Mortgage Loan Pass-Through Certificates, Series 2002-A ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        HARRY J. NEWMAN    on behalf of Debtor Edward  Ruland lawyer@hjnlaw.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank Minnesota, et al bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank Minnesota, National Association as Trustee for certificate holders of EMC Mortgage Loan Trust 2002-A, Mortgage Loan Pass-Through Certificates, Series 2002-A bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        KEVIN H. BURAKS    on behalf of Creditor    Township of Bethlehem kburaks@portnoffonline.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 8

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWARD RULAND,            :       CASE NO. 11-21849

            Debtor                :       CHAPTER 13

### ORDER

AND NOW, this 1 day of December, 2016, upon consideration of Applicant, Harry Newman's Application for Compensation and Reimbursement of Expenses filed September 28, 2016, and there being no responses of any kind filed with the Court, IT IS HEREBY ORDERED that Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, is granted in the amount of $3300 + $250 expenses less $1400 already paid, for a total still owed of $2960.

BY THE COURT:

_____
Bankruptcy Judge