UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD G. RULAND,                           :        CASE NO. 11-21849

           Debtor                                      :        CHAPTER 13

**PRAECIPE TO VOLUNTARILY DISMISS CASE**

TO:    CLERK, U.S. BANKRUPTCY COURT

Debtor voluntarily requests dismissal of Case No. 11-21849 before the United States Bankruptcy Court for the Eastern District of Pennsylvania.

DATED: 12/07/16

_____
Edward G. Ruland, Debtor