UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD G. RULAND,                :        CASE NO. 11-21849

          Debtor                               :        CHAPTER 13

### ORDER

AND NOW, this _____ day of December, 2016, upon consideration of Debtor's Praecipe to Voluntarily Dismiss Case, it is hereby ORDERED that Case No. 11-21849 is hereby dismissed.

BY THE COURT:

_____
Bankruptcy Judge