UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWARD G. RULAND,    CASE NO. 11-21849

Debtor    CHAPTER 13

**ORDER**

AND NOW, upon consideration of Debtor's Praecipe to Voluntarily Dismiss Case, it is hereby ORDERED that Case No. 11-21849 is hereby DISMISSED.

BY THE COURT:

**Date: December 8, 2016**

Richard E. Fehling, Bankruptcy Judge