United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-21849-ref
Edward Ruland                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 2          Date Rcvd: Dec 08, 2016
                              Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
```
db            +Edward Ruland,    4155 Easton Avenue,    Bethlehem, PA 18020-1484
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             EMC MORTGAGE,    Mail Code LA4-5555  700 Kansas Lane,    Monroe, LA  71203
cr            +JPMorgan Chase Bank NA,    3415 Vision Drive,    OH-7133,    Columbus, OH 43219-6009
12485790      +Borough Of Stockertown,    209 Main Street,    P O Box 128,    Stockertown, PA 18083-0128
12485792      +David Bank, Esquire,    3038 Church Road,    Lafayette Hill, PA 19444-1717
12485793      +Emc Mortgage,    Po Box 293150,    Lewisville, TX 75029-3150
12485794      +First Star Bank,    412 Main Street,    Bethlehem, PA 18017
12485795       Jodi L. Hause, Esquire,    Grenen & Birsic, PC,    One Gateway Center, 9th Floor,
                Pittsburgh, PA  15222
12485796     #+Kevin H. Buracks, Esquire,    Portnoff Law Associates, LTD,    1000 Sand Hill Road, Ste 150,
                Norristown, PA 19401-4181
12651569      +Northampton County,    Revenue Division,    669 Washington Street,    Easton, PA 18042-7484
12523914      +Township of Bethlehem,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
12556385      +Wells Fargo Bank/trustee for EMC Mortgage,    JP Morgan Chase Bank, N.A.,
                3415 Vision Drive, OH-7133,    Columbus, OH 43219-6009
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Dec 09 2016 02:28:37      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2016 02:28:21
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 09 2016 02:28:40      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12485791      +E-mail/Text: gocadle@cadleco.com Dec 09 2016 02:28:39      Cadle Rock Joint Venture,
                Attn: CC190-411,    100 N. Center,    Newton Falls, OH 44444-1321
12518814      +E-mail/Text: gocadle@cadleco.com Dec 09 2016 02:28:39      CadleRock Joint Venture, L.P.,
                100 North Center Street,    Newton Falls, OH 44444-1321
12510758       E-mail/Text: ebn@vativrecovery.com Dec 09 2016 02:28:14      Palisades Acquisition IX LLC,
                Vativ Recovery Solutions, LLC dba SMC,    As agent for Palisades Acquisition IX LL,
                PO Box 40728,    Houston, TX 77240-0728
12485797      +E-mail/Text: ebn@vativrecovery.com Dec 09 2016 02:28:14      Palisades Collection L,
                210 Sylvan Ave,    Englewood, NJ 07632-2510
                                                                                               TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Borough of Stockertown,    209 Main Street,    PO BOX 128,    Stockertown, PA 18083-0128
cr*           +CadleRock Joint Venture, L.P.,    100 North Center Street,    Newton Falls, OH 44444-1321
cr*           +Township of Bethlehem,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
12600209     ##+Borough of Stockertown Sewer & Water Authority,    c/o Harry Newman, Esquire,
                Harry Newman & Associates, PC,    3897 Adler Pl., Ste 180C,    Bethlehem, PA 18017-9425
12696131     ##+Harry Newman, Esquire,    Harry Newman & Associates, PC,    3897 Adler Place, Ste 180C,
                Bethlehem, PA 18017-9425
                                                                                TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                  Date Rcvd: Dec 08, 2016
                              Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank Minnesota, National Association as
               Trustee for certificate holders of EMC Mortgage Loan Trust 2002-A, Mortgage Loan Pass-Through
               Certificates, Series 2002-A ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              HARRY J. NEWMAN    on behalf of Debtor Edward  Ruland lawyer@hjnlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank Minnesota, et al
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank Minnesota, National Association
               as Trustee for certificate holders of EMC Mortgage Loan Trust 2002-A, Mortgage Loan Pass-Through
               Certificates, Series 2002-A bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN H. BURAKS    on behalf of Creditor    Township of Bethlehem kburaks@portnoffonline.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWARD G. RULAND,                                CASE NO. 11-21849

           Debtor                                                         CHAPTER 13

**ORDER**

AND NOW, upon consideration of Debtor's Praecipe to Voluntarily Dismiss Case, it is hereby ORDERED that Case No. 11-21849 is hereby DISMISSED.

BY THE COURT:

**Date: December 8, 2016**

Richard E. Fehling, Bankruptcy Judge