# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edward Ruland  
        Debtor(s)

CHAPTER 13

BKY. NO. 11-21849 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank Minnesota, National Association as Trustee for certificate holders of EMC Mortgage Loan Trust 2002-A, Mortgage Loan Pass-Through Certificates, Series 2002-A, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8118

                                          Respectfully submitted,

                                          **/s/Thomas Puleo, Esquire**  
                                          Thomas Puleo, Esquire  
                                          Brian C. Nicholas, Esquire  
                                          KML Law Group, P.C.  
                                          701 Market Street, Suite 5000  
                                          Philadelphia, PA 19106-1532  
                                          (215) 825-6306  FAX (215) 825-6406